ACCEPTED
05-14-01383-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/9/2015 2:36:07 PM
LISA MATZ
CLERK

| | |
|---|---|
| Appellate Docket Number: | 05-14-01383-CV |
| Appellate Case Style: | Enterprise Products Partners, L.P. and Enterprise Products Operating, LLC |
| Vs. | Energy Transfer Partners, L.P. and Energy Transfer Fuel, LP |
| Companion Case No.: | N/A |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/9/2015 2:36:07 PM
LISA MATZ
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Cross-Appellant

☐ Person  ☒ Organization  (choose one)

Organization Name: Energy Transfer Partners, L.P.

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se: ○

### II. Cross-Appellant Attorney(s)

☒ Lead Attorney

First Name: Michael

Middle Name: P.

Last Name: Lynn

Suffix:

Law Firm Name: Lynn Tillotson Pinker & Cox, LLP

Address 1: 2100 Ross Avenue

Address 2: Suite 2700

City: Dallas

State: Texas  Zip+4: 75201

Telephone: 214-981-3800  ext.

Fax: 214-981-3839

Email: mlynn@lynnllp.com

SBN: 12738500

### I. Cross-Appellant

☐ Person  ☐ Organization  (choose one)

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se: ○

### II. Cross-Appellant Attorney(s)

☐ Lead Attorney

First Name: ** See Attach. 1 for Additional Attorneys**

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

| | City: | |
| | State: Texas | Zip+4: |
| | Telephone: | ext. |
| | Fax: | |
| | Email: | |
| | SBN: | |

| **III. Cross-Appellee** | **IV.** Cross-Appellee Attorney(s) |
| --- | --- |
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Enterprise Products Partners, L.P. | First Name: David |
| First Name: | Middle Name: M. |
| Middle Name: | Last Name: Gunn |
| Last Name: Gunn | Suffix: |
| Suffix: | Law Firm Name: Beck Redden, LLP |
| Pro Se: ◯ | Address 1: 1221 McKinney, Suite 4500 |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77010 |
| | Telephone: 713-951-3700  ext. |
| | Fax: 713-951-3720 |
| | Email: dgunn@beckredden.com |
| | SBN: 08621600 |

| **III. Cross-Appellee** | **IV.** Cross-Appellee Attorney(s) |
| --- | --- |
| ☐ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: ** See Attach. 2 for Additional Attorneys ** |
| First Name: | Middle Name: |
| Middle Name: | Last Name: |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: |
| Pro Se: ◯ | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas  Zip+4: |
| | Telephone:  ext. |
| | Fax: |
| | Email: |
| | SBN: |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Partnership

Date order or judgment signed: July 29, 2014          Type of judgment: Jury Trial

Date notice of appeal filed in trial court: October 24, 2014

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☐ Yes ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☐ Yes ☒ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☐ Yes ☒ No

Judgment or order disposes of all parties and issues: ☒ Yes ☐ No

Appeal from final judgment: ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☒ Yes ☐ No | If yes, date filed: | August 27, 2014 |
| Motion to Modify Judgment: | ☒ Yes ☐ No | If yes, date filed: | August 27, 2014 |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☐ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes ☐ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes ☐ No | If yes, date filed: | |
| Other: | ☐ Yes ☐ No | | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | | |
|---|---|---|---|
| Affidavit filed in trial court: | ☐ Yes ☒ No | If yes, date filed: | |
| Contest filed in trial court: | ☐ Yes ☐ No | If yes, date filed: | |

Date ruling on contest due:

Ruling on contest: ☐ Sustained    ☐ Overruled    Date of ruling:

## VIII.  Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?　☐ Yes　☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [　　　　]　　　　Bankruptcy Case Number: [　　　　]

## IX.  Trial Court And Record

Court:　298th District Court

County:　Dallas

**Trial Court Docket Number (Cause No.):** 11-12667

Trial Judge (who tried or disposed of case):

First Name:　Emily

Middle Name:　G.

Last Name:　Tobolowsky

Suffix:

Address 1:　George L. Allen, Sr. Courts Building

Address 2 :　600 Commerce Street, 8th Floor, New Tower

City:　Dallas

State:　Texas　　　Zip + 4:　75202

Telephone:　214-653-6781　　ext.

Fax:

Email:　cbrown@dallascourts.org

Clerk's Record:

Trial Court Clerk:　☒ District　☐ County

Was clerk's record requested?　☒ Yes　☐ No

If yes, date requested:　October 24, 2014

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes　☐ No　☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?　☒ Yes　☐ No

Was reporter's record requested?　☒ Yes　☐ No

Was there a reporter's record electronically recorded?　☒ Yes　☐ No

If yes, date requested:　October 24, 2014

If no, date it will be requested:

Were payment arrangements made with the court reporter/court recorder?　☒ Yes　☐ No　☐ Indigent

☒ Court Reporter      ☐ Court Recorder

☒ Official      ☐ Substitute

First Name:      Marcey

Middle Name:      J.

Last Name:      Poeckes

Suffix:

Address 1:      298th District Court

Address 2:      600 Commerce Street, 8th Floor

City:      Dallas

State:      Zip + 4: 75202

Telephone:      ext.

Fax:

Email:      ktrorter@aol.com

☒ Court Reporter      ☐ Court Recorder

☐ Official      ☒ Substitute

First Name:      David

Middle Name:

Last Name:      Roy

Suffix:

Address 1:      Notarius Reporting, Inc.

Address 2:      2515 Inwood Road, Suite 207

City:      Dallas

State:      Texas      Zip + 4: 75235

Telephone:      214-324-3733      ext.

Fax:

Email:      david@notariusreporting.com

## X. Supersedeas Bond

Supersedeas bond filed: ☒ Yes     ☐ No     If yes, date filed: August 1, 2014

Will file: ☐ Yes     ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?     ☐ Yes   ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?     ☐ Yes   ☒ No

If no, please specify: The parties mediated unsuccessfully in Sept. 2013. Should the court order mediation again, ETP will participate in good faith.

Has the case been through an ADR procedure? ☒Yes ☐ No

If yes, who was the mediator? Christopher Nolland, Attorney-Mediator, 1717 Main Street, Suite 5550, Dallas, TX 75201; 214-653-4360

What type of ADR procedure? Mediation

At what stage did the case go through ADR? ☒ Pre-Trial ☐ Post-Trial ☐ Other

If other, please specify:

Type of case? Partnership

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Conditional cross-appeal as to amount of disgorgement award.

How was the case disposed of? Trial

Summary of relief granted, including amount of money judgment, and if any, damages awarded. $319,375,000.00

If money judgment, what was the amount? Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial):

Attorney's fees (appellate):

Other:

If other, please specify: Disgorgement: $150,000,000.00; prejudgment int. $66,419,777.40; postjudgment int @ 5% per annum; costs.

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☒ Yes ☐ No

Does judgment have a Mother Hubbard clause? ☒Yes ☐ No

Other basis for finality?

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☐ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|      |         |           |     |       |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement: Michael P. Lynn

## XIII.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: N/A                                    Trial Court:

Style:

Vs.

**XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)**

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee?  ☐ Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

**XV. Signature**

Signature of counsel (or pro se party)                     Date:    January 9, 2015

Printed Name: David S. Coale                     State Bar No.: 00787255

Electronic Signature: /s/David S. Coale
   (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on   January 9, 2015                            .

_Signature of counsel (or pro se party)_

Electronic Signature: /s/David S. Coale
(Optional)

State Bar No.:   00787255

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served     January 9, 2015

Manner Served:    e-Served

First Name:    See Attachment 3 for List of Persons Served.

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State    Texas        Zip+4:

Telephone:       ext.

Fax:

Email:

If Attorney, Representing Party's Name:

**ATTACHMENT 1**
**ADDITIONAL ATTORNEYS FOR CROSS-APPELLANT**
**ENERGY TRANSFER PARTNERS, L.P.**

Christopher J. Akin
State Bar No. 00793237
cakin@lynnllp.com
Jeremy A. Fielding
State Bar No. 24040895
jfielding@lynnllp.com
David S. Coale
State Bar No. 00787255
dcoale@lynnllp.com
Samuel B. Hardy
State Bar No. 24074360
shardy@lynnllp.com
LYNN TILLOTSON PINKER & COX, L.L.P.
2100 Ross Avenue, Suite 2700
Dallas, TX  75201
(214) 981-3000
(214) 981-3839


Nina Cortell
State Bar No. 04844500
nina.cortell@haynesboone.com
Jeremy Kernodle
State Bar No. 24032618
jeremy.kernodle@haynesboone.com
Kelli Bills
State Bar No. 24067169
kelli.bills@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5247
(214) 200-0463

**ATTACHMENT 2**
**ADDITIONAL ATTORNEYS FOR CROSS-APPELLEE**
**ENTERPRISE PRODUCTS PARTNERS, L.P.**

Russell S. Post
State Bar No. 00797258
rpost@beckredden.com
David J. Beck
State Bar No. 00000070
dbeck@beckredden.com
Jeff M. Golub
State Bar No. 00793823
jgolub@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

Richard A. Sayles
State Bar No. 17697500
dsayles@swtriallaw.com
Shawn C. Long
State Bar No. 24047859
slong@swtriallaw.com
SAYLES | WERBNER, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 939-8700
(214) 939-8787 (Fax)

P. Michael Jung
State Bar No. 11054600
michael.jung@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX 75202
(214) 651-4724
(214) 659-4022 – Fax

**ATTACHMENT 3**
**CERTIFICATE OF SERVICE**

I certify and on January 9, 2015, a true and correct copy of this Docketing Statement was served on the following counsel of record by the Electronic Service Provider, if registered for receiving electronic service, otherwise by email, as follows:

David M. Gunn
dgunn@beckredden.com
Russell S. Post
rpost@beckredden.com
David J. Beck
dbeck@beckredden.com
Jeff M. Golub
jgolub@beckredden.com
BECK REDDEN LLP
1221 McKinney Street Suite 4500
Houston, TX 77010

P. Michael Jung
michael.jung@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX 75202

Richard A. Sayles
dsayles@swtriallaw.com
Shawn C. Long
slong@swtriallaw.com
SAYLES | WERBNER, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Attorneys for Appellants
Enterprise Products Partners, L.P.
and Enterprise Products
Operating, LLC

Nina Cortell
nina.cortell@haynesboone.com
Jeremy Kernodle
jeremy.kernodle@haynesboone.com
Kelli Bills
kelli.bills@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Attorneys for Appellees
Energy Transfer Partners, L.P. and
Energy Transfer Fuel, L.P.

/s/ *David S. Coale*
_____
David S. Coale